# ESTEY BOMBERGER

R. Michael Bomberger
Stephen J. Estey

*Of Counsel*
Larry Booth
Richard Koskoff

May 31, 2007

Magistrate Judge Jan M. Adler
Southern District of California
880 Front Street, 4th Floor
San Diego, CA 92101-8900

Re: United States of America v. $1,474,770.00 in U.S. Currency
Case No. 07-CV-0819-JAH(JMA)

Dear Magistrate Adler:

This correspondence is to request that Mr. Acosta be able to appear telephonically at the Early Neutral Evaluation scheduled for July 11, 2007 at 10:00 a.m. He is currently out of the country and will be for the foreseeable future. I will have full settlement authority at the ENE.

Thank you for your consideration in this regard.

Sincerely,

Stephen J. Estey, Esq.

SJE/lc

cc: Karen P. Hewitt, Esq.
United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

2869 India Street
San Diego, CA 92103
T 619.295.0035
F 619.295.0172

18411 Crenshaw Blvd., Suite 380
Torrence, CA 90504
T 800.672.1036
F 310.217.8989

info@estey-bomberger.com
www.estey-bomberger.com